United States District Court

Eastern District of Louisiana

Butler

v.                                              CIVIL ACTION NO. 2:00-cv-00213
                                                                         D(3)
Wal-Mart Stores Inc


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 25, 2000.

                                        By Direction of the Court

                                        LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVIA BUTLER | * | CIVIL ACTION NO. **00-0213** |
| VERSUS | * | SECTION |
| WAL-MART STORES, INC. John Doe ABC Insurance Company | * | MAGISTRATE **SECT D MAG 3** |
| * * * * * * * * | | |

### NOTICE OF REMOVAL TO FEDERAL COURT

TO:   The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendant, Wal-Mart Stores, Inc., submits this Notice of Removal of the above-styled matter, and as cause therefore shows as follows:

1.

Wal-Mart Stores, Inc. was served with the attached Petition in an action commenced in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, entitled "Olivia Butler v. Wal-Mart Stores, Inc." bearing cause number 89-413. A copy of the Petition is annexed hereto.

Fee 150.00
Process
X Dktd
CtRmDep
Doc.No. 1

2.

Plaintiff, Olivia Butler is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana.

3.

Defendant, Wal-Mart Stores, Inc., is a foreign corporation organized under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas.

4.

The above-described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332, in that the matter in controversy herein exceeds the sum of $75,000, exclusive of interests and costs.

**WHEREFORE**, defendant prays that the above action now pending in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, be removed therefrom to this Court.

Respectfully submitted,

_____
ROY C. BEARD (17461)
CAMPBELL, McCRANIE, SISTRUNK,
 ANZELMO & HARDY
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
ATTORNEY FOR DEFENDANT

2