```
                                               FILED
                                         U.S. DISTRICT COURT

                                         2000 FEB 23  P 2: 20

                                         LORETTA G. WHYTE
```

**MINUTE ENTRY**
McNAMARA, CHIEF JUDGE
FEBRUARY 23, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVIA BUTLER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-213 |
| WAL-MART STORES, INC., ET AL | * | SECTION: "D"(3) |

Before the court is the **Motion to Remand** filed by Plaintiff, Olivia Butler. *No memorandum in opposition was filed.* The motion, set for hearing on Wednesday, February 23, 2000, is before the court on briefs, without oral argument.

Having reviewed the memorandum of Plaintiff's counsel, **the attached Stipulation**, and the applicable law, the court finds that the amount in controversy does not exceed $75,000.00. Thus, this court lacks diversity jurisdiction (the asserted ground for removal). Accordingly;

**IT IS ORDERED** that Plaintiff's **Motion to Remand** be and is hereby **GRANTED**.

* * * * * *

DATE OF ENTRY  FEB 24 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVIA BUTLER | * | CIVIL ACTION |
| | * | NO. 00-213 |
| VERSUS | * | SECTION "D" |
| | * | |
| WAL-MART STORES, INC., ET AL | * | MAGISTRATE NO. |

* * * * * * * * * * * * * *

## DAMAGE STIPULATION

NOW INTO COURT, through undesigned counsel of record, comes plaintiff, OLIVIA BUTHER, who submits the following Damage Stipulation.

I.

Petitioner, through undersigned counsel stipulates and states that the amount in controversy is less than $75,000.00 and further that petitioner will not seek to obtain or execute any Judgment which exceeds $75,000.00.

WHEREFORE, petitioner prays that this Damage Stipulation be filed and granted.

Respectfully submitted:

_____
JOSEPH F. LaHATTE, JR., Bar No. 8102
ATTORNEY FOR PETITIONER
4431 Canal Street
New Orleans, Louisiana 70119
(504) 482 5811

C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has been served upon opposing counsel of record by placing same in the U.S. Mail, postage pre-paid this 22 day of FEBRUARY, 2000.

BY: _____
JOSEPH F. LaHATTE, JR.