UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVIA BUTLER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-213 |
| WAL-MART STORES, INC., ET AL | * | SECTION: "D"(3) |

### J U D G M E N T

For reasons set forth in this court's Minute Entry of February 23, 2000 wherein the court granted Plaintiff's Motion to Remand,

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be and is hereby **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this 23 day of Feb, 2000.

A. J. McNAMARA
CHIEF JUDGE

FEB 24 2000
DATE OF ENTRY